```
              DISTRICT COURT OF THE VIRGIN ISLANDS
                DIVISION OF ST. THOMAS AND ST. JOHN
```

VINCE BEDMINSTER,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )  Civil No. 2015-01
                                 )
DOUG GURLEA, GREGORY MOOREHEAD;  )
SHANE BRUNT; and HEAVY MATERIALS )
LLC,                             )
                                 )
          Defendants.            )
                                 )

ATTORNEYS:

**Vince Bedminster**
　　*Pro se plaintiff,*

**Michael C. Quinn, Esq.**
Dudley, Topper & Feuerzeig
St. Thomas, VI
Orlando, FL
　　*For Doug Gurlea; Gregory Moorehead; Shane Brunt; and Heavy Materials LLC.*

## JUDGMENT

**GÓMEZ, J.**

　　Before the Court is the motion of Doug Gurlea; Gregory Moorehead; Shane Brunt; and Heavy Materials LLC (collectively, "Heavy Materials") to dismiss the amended complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

　　For the reasons articulated in the Memorandum Opinion of even date, it is hereby

*Bedminster v. Gurlea, et al.*
Civil No. 2015-01
Judgment
Page 2

    **ORDERED** that the motion of Heavy Materials to dismiss docketed at ECF Number 20 is **GRANTED;** it is further

    **ORDERED** that Vince Bedminster's amended complaint is **DISMISSED;** and it is further

    **ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**